IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-50116
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CESAR OCTAVIO MORALES-HINOJOSA,

Defendant-Appellant.

_____
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-97-CR-362-2
_____

August 26, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Cesar Octavio Morales-Hinojosa has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967), and we have independently reviewed counsel's brief and the record, and found no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.